Walker, Appellant, *v.* Ohio River Company.

Argued January 11, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry Alan Sherman,* with him *S. Eldridge Sampliner,* for appellant.

*Anthony J. Polito,* with him *Harold R. Schmidt,* and *Rose, Schmidt & Dixon,* for appellee.

OPINION PER CURIAM, March 15, 1968:
Judgment affirmed on the opinion of Judge SMART, as reported in 44 Pa. D. & C. 2d 200 (1967).
Mr. Justice MUSMANNO dissents.